UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:16-MJ-02348-DUTY |
| XIUBIN YU, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _defendant_____, IT IS ORDERED that a detention hearing is set for _Friday, December 2_____, _2016_____, at _1:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _341_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _November 30, 2016_    _____
U.S. ~~District Judge~~/Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                 Page 1 of 1